IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SALEEBAN MAXAMETH CALI,**

    **Plaintiff,**

v.                                                                                  Case No. 1:26-cv-28-AW-MAF

**UNITED STATES SECRETARY, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff initiated this case by filing a complaint. Under the court's local rules, a plaintiff filing a civil action must simultaneously pay the filing fee or file a motion for leave to proceed *in forma pauperis*. N.D. Fla. Loc. R. 5.3. Plaintiff neither paid the filing fee nor moved for leave to proceed *in forma pauperis*. The court will therefore dismiss this case without prejudice. *See Castro v. Director, F.D.I.C.*, 449 F. App'x 786, 788 (11th Cir. 2011).[1]

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee or move for leave to proceed *in forma pauperis*." The clerk will then close the file.

---

[1] I also note that the magistrate judge issued a report and recommendation recommending dismissal on other grounds. ECF No. 4. Plaintiff did not timely file any objection. It appears he has abandoned the case.

SO ORDERED on March 9, 2026.

                                                           s/ *Allen Winsor*
                                                          Chief United States District Judge